Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BBC GROUP NV LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>  vs.<br><br>ISLAND LIFE RESTAURANT GROUP LLC, a Washington Limited Liability Company; ALEX PRINDLE, a Washington Resident BRIAN O'CONNOR, a Washington Resident,<br><br>    Defendants. | No. 2:18-cv-01011-RSM<br><br>ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT |

The Court has considered the Parties' stipulated motion to extend time for Defendants to respond to the Plaintiff's Complaint, (Dkt 1), and HEREBY ORDERS that the Defendants are hereby granted an extension to August 27, 2018, to file a response to Plaintiff's initial pleading.

DATED this 8 day of August, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

c

ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT - 1
No. 2:18-cv-01011-RSM
BBC 18-1011 ext time.docx

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944