# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BBC GROUP NV LLC, a Nevada Limited Liability Company,<br>　　　　Plaintiff,<br><br>　vs.<br><br>ISLAND LIFE RESTURANT GROUP LLC, a Washington Limited Liability Co.; ALEX PRINDLE, a Washington Resident; BRIAN O'CONNOR, a Washington Resident,<br>　　　　Defendant. | CASE NO. C18-1011RSM<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES AND OF TIME TO FILE RESPONSE TO COMPLAINT |

THE COURT has considered the Parties' stipulated motion for an order to extend the dates of the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #10) for two weeks and to allow until September 10, 2018, to file a response to Plaintiff's Complaint.

Accordingly, the Court ORDERS:

1. That the Parties' stipulated motion (Dkt. #17) is GRANTED.

2. The initial scheduling dates set in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #10) are altered as follows:

| Event | Prior Date | **New Date** |
|---|---|---|
| Deadline for FRCP 26(f) Conference: | 8/24/2018 | **9/7/2018** |

| | | |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 8/31/2018 | **9/14/2018** |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 9/7/2018 | **9/21/2018** |

3. The Defendants shall have until September 10, 2018, to respond to Plaintiff's Complaint (Dkt. #1).

DATED this 27 day of August 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE