Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BBC GROUP NV LLC, a Nevada Limited Liability Company,<br><br>  Plaintiff/Counterclaim Defendant,<br><br>  vs.<br><br>ISLAND LIFE RESTAURANT GROUP LLC, a Washington Limited Liability Company; ALEX PRINDLE, a Washington Resident BRIAN O'CONNOR, a Washington Resident,<br><br>  Defendant/Counterclaim Plaintiff. | No. 2:18-cv-01011-RSM<br><br>ORDER GRANTING 14-DAY EXTENSION TO DISCOVERY CUTOFF |

The Court has considered the Parties' stipulated motion to extend time for the following depositions: Mr. Singer, Mr. S. Tchamanian, Mr. J. Tchamanian and Mr. Konialian and HEREBY ORDERS that per stipulation, these depositions will take place in Seattle, WA, prior to expiration of September 30, 2019 discovery cutoff.

ENTERED this 26 day of August 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING 14-DAY EXTENSION TO
DISCOVERY CUTOFF - 1
2:18-cv-01011-RSM
BBC group 18-1011 ext time.docx

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944