Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BBC GROUP NV LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff<br>    Counterclaim Defendant,<br><br>vs.<br><br>ISLAND LIFE RESTAURANT GROUP LLC, a Washington Limited Liability Company; ALEX PRINDLE, a Washington Resident BRIAN O'CONNOR, a Washington Resident,<br><br>    Defendant<br>    Counterclaim Plaintiff. | No. 2:18-cv-01011-RSM<br><br>AGREED JUDGMENT AND JUDGMENT SUMMARY |

## I. JUDGMENT SUMMARY

**1.** **Judgment Creditor:**

    Name:    Island Life Group, LLC, Alex Prindle, and Brian O'Connor

    Attorney:    Marc Rosenberg of Lee Smart, PS, Inc.

**2.** **Judgment Debtor:**

    Name:    BBC Group NV LLC

    Attorney:    Nihat Deniz Bayramoglu; Ruth L. Wylie



LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

3.  **Amount of Judgment:**

    Total Judgment amount is $200,000.00.

The total judgment amount is made up of the following components:

    $50,000.00 Alex Prindle for emotional distress damages

    $50,000.00 Brian O'Connor for emotional distress damages

    $50,000.00 Island Life Restaurant Group, LLC defense costs

    $50,000.00 Island Life Restaurant Group, LLC costs to prosecute claims

4.  **Interest Owed to Date of Judgment:**

    None. However, interest shall accrue at 12% from entry of judgment.

5.  **Taxable Costs:**

    None beyond judgment amount

6.  **Attorneys Fees:**

    None beyond judgment amount

## II. JUDGMENT

THIS MATTER come on for trial beginning on July 12, 2021 before the Honorable Ricardo S. Martinez. Plaintiff-counterclaim defendant BBC Group NV LLC appearing through its attorneys Nihat Deniz Bayramoglu and Ruth L. Wylie. Defendants-counterclaim plaintiffs Island Life Group, LLC, Alex Prindle, and Brian O'Connor appeared through its attorney, Marc Rosenberg. Evidence has been been introduced throughout the case on dispositive motions and otherwise, counsel has been heard, and the matter has been submitted to the Court. The Court has dismissed all of plaintiff-counterclaim defendant's claims, and held plaintiff-counterclaim defendant liable on the Lanaham Act and Consumer Protection Act claims alleged by defendant-counterclaim plaintiffs. Prior to a trial on damages, all Parties have agreed to entry of this Agreed Judgment in lieu of trial in order to conclude this matter with finality.

JUDGMENT AND JUDGMENT SUMMARY - 2
2:18-cv-01011-RSM
6858408.doc



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

It is hereby ORDERED, ADJUDGED and DECREED that judgment is entered against plaintiff-counterclaim defendant BBC Group NV LLC and in favor of defendant-counterclaim plaintiffs in the amount of $200,000.00, in the amounts specified above, with interest to accrue at a rate of 12% per annum.

ENTERED this  9th  day of July, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JUDGMENT AND JUDGMENT SUMMARY - 3
2:18-cv-01011-RSM
6858408.doc

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com